Linda M. Lawson (Bar No. 77130)
Eugenia Chiang (Bar No. 216204)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COMMUNITY MEDICAL CENTERS LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE WALBERG, | Case No. CIV-F-04-6247 AWI DLB |
| Plaintiff, | **STIPULATION EXTENDING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION REGARDING THE STANDARD OF REVIEW; ORDER** |
| v. | |
| COMMUNITY MEDICAL CENTERS LONG TERM DISABILITY PLAN, | |
| Defendant. | |

WHEREAS, for good cause, Plaintiff Rosemarie Walberg and Defendant Community Medical Centers Long Term Disability Plan by and through their respective counsel hereby stipulate that the hearing date for the parties' Cross-Motions for Summary Judgment regarding the standard of review be extended by one week from **May 2, 2005** at **1:30 p.m.** to **May 9, 2005** at **1:30 p.m.** in Courtroom 5 before The Honorable Anthony Ishii;

//
//
//
//
//

WHEREAS, the parties respective oppositions shall be filed and served no later than **April 25, 2005** and the replies filed and served no later than **May 2, 2005**.

IT IS SO STIPULATED.

Dated: April __, 2005

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
EUGENIA I. CHIANG


By: _____
Eugenia I. Chiang
Attorneys for Defendant
COMMUNITY MEDICAL CENTERS LONG TERM DISABILITY PLAN

Dated: April __, 2005

ROBERT J. ROSATI
ATTORNEY AT LAW


By: _____
Robert J. Rosati
Attorney for Plaintiff
ROSEMARIE WALBERG

## **ORDER**

IT IS SO ORDERED.

**Dated:   April 18, 2005**          /s/ Anthony W. Ishii

9h0d30                                UNITED STATES DISTRICT JUDGE

2