# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE WALBERG, | CIV-F 04-6247 AWI DLB |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE OF MAY 3, 2005 AND HEARING DATE OF MAY 9, 2005 |
| v. | |
| COMMUNITY MEDICAL CENTERS LONG TERM DISABILITY PLAN, | |
| Defendant, | |

On April 27, 2005, Plaintiff's attorney filed a notice of settlement. Doc. 25. The Settlement Conference scheduled for May 3, 2005 and the hearing on motions for summary adjudication scheduled for May 9, 2005 are VACATED, pending further notice from the parties regarding the settlement.

IT IS SO ORDERED.

Dated:   April 29, 2005           /s/ Anthony W. Ishii
h7ehd6                            UNITED STATES DISTRICT JUDGE