**ROBERT J. ROSATI**, #112006
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:     (559) 256-9800
Facsimile:      (559) 256-9799

Attorney for Plaintiff,
ROSEMARIE WALBERG

**LINDA M. LAWSON** #77130
**EUGENIA CHIANG** #2216204
MESERVE, MUMPER & HUGHES, LLP
200 South Grand Avenue, 24th Floor
Los Angeles, CA 90071-3185
Telephone: (213) 620-0300
Facsimile: (213)625-1930

Attorneys for Defendant,
COMMUNITY MEDICAL CENTERS LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE WALBERG, | Case No.: CIV-F-04-6247 AWI (DLB) |
| Plaintiff, | **STIPULATION AND REQUEST FOR DISMISSAL** |
| v. | |
| COMMUNITY MEDICAL CENTERS LONG TERM DISABILITY PLAN | |
| Defendant. | |

     Plaintiff, Rosemarie Walberg and defendant, Community Medical Centers Long Term Disability Plan have reached a resolution of this matter.  The parties agree to dismiss it in its entirety with prejudice.  Each party shall bear its own fees and costs.

Dated: July 8, 2005_____

_____     /S/ Robert J. Rosati_____
                                                                                ROBERT J. ROSATI
                                                                                Attorney for Plaintiff,
                                                                                ROSEMARIE WALBERG

Dated: July 8, 2005

/S/ Eugenia Chiang
EUGENIA CHIANG
Attorney for Defendant,
COMMUNITY MEDICAL
CENTERS LONG
TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

**Dated:    July 11, 2005**
0m8i78

/s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE